FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2023

No. 04-23-00077-CV

Frank **ARCHULETA**,
Appellant

v.

**DAN REESE ET AL**,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI23833
Honorable Aaron Haas, Judge Presiding

# O R D E R

A notice of appeal was filed with the trial court on July 29, 2022; therefore, the clerk's record was originally due on August 9, 2022. However, this court first received a copy of the notice of appeal on January 23, 2023. After inquiry by this court, the trial court clerk filed a Notification of Late Record stating the notice of appeal was filed with the trial court but was not routed to the appeals court clerk. The trial court clerk has requested until February 23, 2023 to complete the record. The request is GRANTED. The trial court clerk is ORDERED to file the clerk's record with this court **no later than February 23, 2023**. *No further extensions will be granted absent extenuating circumstances.*

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court